UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00051 |
| | ) | JUDGE SHARP |
| JOSHUA THOMAS SLIZOSKI | ) | |

**O R D E R**

Pending before the Court is Defendant's late filed Motion for All Parties to Participate in Status Conference Via Telephone and Request for Waiver of Appearance of Defendant Slizoski (Docket No.65).

First and foremost, the Court is troubled that 1) counsel filed a motion on behalf of all parties without seeking input from the other attorneys in the case, 2) although the status conference has been set for a week, counsel waited until the last minute to file the pending motion, and 3) counsel apparently filed this motion seeking to participate by telephone after she had already left town putting the court in the position of either granting the motion or continuing the hearing at the significant inconvenience to the other lawyers and parties in the case.

Nevertheless, the motion is GRANTED in part. Defendant Slizoski and Counsel shall appear by telephone at the status conference scheduled for July 24, 2013, at 1:30 p.m. by calling 615-695-2852. All other parties shall appear in person.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE