UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00051 |
| | ) | JUDGE SHARP |
| KENNETH WARD | ) | |
| JEANIN DIESTERHOFT | ) | |
| JOSHUA THOMAS SLIZOSKI | ) | |
| DEWAYNE JOHN BELLINI | ) | |

# ORDER

In accordance with the discussions at the status conference held this date, the Court confirms the following:

(1) The trial in this case scheduled to begin July 30, 2013, is hereby continued without date, to be reset at a later time;

(2) On or before August 2, 2013, Defendant Slizoski shall file his response to the Motions to Continue that have been filed, and, as a part of that response, address the need for, and propriety of, severance; and

(3) On or before August 8, 2013, Defendant Slizoski shall file his Motion to Dismiss. The Government shall have until August 15, 2013, within which to file a reply.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE